**Charlie James BARNER and Paul Sidney Bowers, Defendants-Appellants,**

**v.**

**UNITED STATES of America, Plaintiff-Appellee.**

No. 31131
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 16, 1971.

Richard Wayne Grant, Marianna, Fla., Court appointed, for defendants-appellants.

William Stafford, U. S. Atty., Clinton Ashmore, Asst. U. S. Atty., Tallahassee, Fla., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.